AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF MISSOURI

| United States of America | ) |
| --- | --- |
| v. | ) |
| GREGORY ORTLIP | ) Case No.  4:21 MJ 3200 NCC |
| | ) |
| | ) SIGNED AND SUBMITTED TO THE COURT FOR |
| | ) FILING BY RELIABLE ELECTRONIC MEANS |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  8-9-2021 to 8-25-2021  in the county of  St. Charles  in the Eastern District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18:2252(a)(3)(B) | solicitation of child pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*
Sergeant Jeremy Weadon, FBI TFO
*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:  08/26/2021

*Judge's signature*

City and state:  St. Louis, Missouri  Honorable Noelle C. Collins , U.S. Magistrate Judge
*Printed name and title*