UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:21-CR-00501 JAR |
| GREGORY ORTLIP, | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**CONFIDENTIAL DOCUMENT 56-1 IN ITS ENTIRETY**

Comes now the Defendant, by counsel, and respectfully requests the Court, pursuant to Local Rule 13.05, grant Defendant's motion to seal Document 56-1 (exhibit attached to Defendant's Sentencing Memorandum). In support of this motion, Counsel states as follows:

1. Document 56-1 sought to be filed under seal is a psychological report containing Defendant's confidential psychiatric information.

2. Limited sealing as described herein is appropriate in this case pursuant to *United States v. Jackman*, 2011 U.S. Dist. LEXIS 76541, 2011 WL 2790165 (D. Utah July 14, 2011).

3. Defendant seeks the duration of the sealing to be indefinite.

4. A sealed memorandum in support of this motion is being filed separately as required by Eastern District of Missouri Local Rule 13.05A(4)(b)(i).

WHEREFORE, for the reasons stated herein, Gregory Ortlip respectfully asks this Court to grant his motion for leave to file under seal Document 56-1 in its entirety.

        Respectfully submitted,

        FRANK, JUENGEL & RADEFELD,
        ATTORNEYS AT LAW, P.C.


By */s/ Joseph W. Flees*
    JOSEPH W. FLEES (#60872MO)
    Co-Counsel for Defendant
    7710 Carondelet Avenue, Suite 350
    Clayton, Missouri 63105
    (314) 725-7777
    jflees@fjrdefense.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Jillian Anderson
United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

        */s/ Joseph W. Flees*
        JOSEPH W. FLEES