UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,            )
                              )
vs.                           )   Case No. 4:21-cr-00501 JAR
                              )
GREGORY ORTLIP,               )
                              )
        Defendant.            )

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☒ Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.

☐ The defendant declines to sign this notice.

(<u>Note</u>: Defense counsel should check the appropriate box(es) above.)

11-1-22                         _____
Date                            Signature of Attorney

☒ I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.

11-1-22                         _____
Date                            Signature of Defendant